# Violation Notice

**Violation Number:** R 3211978
**Officer Name (Print):** SSgt Damon Darden DoFiL
**Officer No:** 1 DE

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 06-18-2006  1508
**Offense Charged:** ☐ CFR  ☐ USC  ☒ State Code
**State Code:** Title 11 Delaware code 840
**Place of Offense:** Base Exchange Bldg #266 Dover AFB DE 19902
**Offense Description:** Shoplifting

2006060147

## DEFENDANT INFORMATION

**Last Name:** Inglis
**First Name:** Robin
**MI:** S
**Street Address:** [REDACTED]
**City:** Rehoboth Beach
**State:** DE
**Zip Code:** 19971
**Phone:** (302) 644-7607
**D.L. State:** DE
**Drivers License No:** [REDACTED]
**Social Security No:** [REDACTED]
**Date of Birth (mm/dd/yyyy):** 19[REDACTED]

## VEHICLE DESCRIPTION

**Tag No:** —
**State:** —
**Year:** —
**Make/Model:** —
**Color:** —
**VIN:** —
**Sex:** ☒ Female   ☐ Male
**Adult:** ☒   ☐ Juvenile
**Hair:** —
**Eyes:** Blu
**Height:** 5'05"
**Weight:** 190

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**PAY THIS AMOUNT →**
$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
**Court Address:** _____
**Date (mm/dd/yyyy):** 06-18-2006
**Time (hh:mm):** 1730hrs

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Robin S. Inglis

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 18 June, 2006 while exercising my duties as a law enforcement officer in the Kent District of Delaware

"While Hener" While working Route 1 I was dispatched to bldg 266/Main exchange from a Shoplifting incident. I made contact with Burgess/witness store detective. I watched the surveillance tape and witnessed Inglis place items into her handbag.

☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

The foregoing statement is based upon

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 06/18/2006  Officer's Signature: Robin D. Darden

Probable cause has been stated for the issuance of a warrant

Executed on _____  U.S. Magistrate Judge