**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA

V.

ROBIN S. INGLIS

**CONSENT TO PROCEED BEFORE**
**UNITED STATES MAGISTRATE JUDGE**
**IN A PETTY OFFENSE/MISDEMEANOR CASE**

06-133m-MPT

CASE NUMBER: R3211978

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to the assistance of legal counsel. The Magistrate Judge has also informed me of my right to trial, judgment, and sentencing before a United States District Judge or a United States Magistrate Judge.

_____✓_____      I HEREBY waive (give up) my right to trial, judgment and sentencing before a United States District Judge and I consent to trial, judgment and sentencing before a United States Magistrate Judge.

X _Robin S. Inglis_
                                                                Defendant

_____      The Magistrate Judge has advised me of my right to have at least thirty (30) days to prepare for trial before the Magistrate Judge. I HEREBY waive (give up) my right to have at least thirty days to prepare for trial.

X _____
                                                                Defendant

**THIS SECTION FOR MISDEMEANOR CASES ONLY**

_____✓_____      The Magistrate Judge has advised me of my right to trial by jury for MISDEMEANOR CASES ONLY. I HEREBY waive (give up) my right to trial by jury.

_____
                                                                Defendant

Consent by the United States    _____
                                                                Signature

_____
                                                                Name and Title

_____
Defendant's Attorney (if any)

Approved By: _____
                                                                U.S. Magistrate

Date: _____